☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Kimberly Nicole Lucas**                                                        Case No.

Debtors:                                                                                              Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1) **5924 Steven View Drive**                (2)
                              **Memphis, TN 38115**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **112.00**    ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☑ **PAYROLL DEDUCTION** From: **Amazon.com Services Inc**    OR ( ) **DIRECT PAY**
                                                  **ATTN: PAYROLL DEPT.**
                                                  **202 Westlake Avenue N**
                                                  **Seattle, WA 98109**

   **Debtor(2)** shall pay $    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From:                              OR ( ) **DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☑ YES    ☐ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☑ YES    ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☑ YES    ☐ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                      Monthly Plan Payment:

                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**            ongoing payment begins _____                $ _____
                    Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**                                        Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**           ongoing payment begins _____                 $ _____
                   Approximate arrearage: _____    Interest _____  $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Royal Furniture** **(Bedroom set)** | **$800.00** | **6.75** | **$16.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:        Rate of Interest        Monthly Plan Payment:

[Retain lien 11 U.S.C. §1325 (a)]       Value of Collateral:       Rate of Interest       Monthly Plan Payment:
-NONE-                                                                                      $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Advance America                              Collateral: 2005 Ford Expedition
Bank of Holly Springs                        Collateral: 2005 Chevrolet Avalanche

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                                             Amount:                  Rate of Interest        Monthly Plan Payment:
-NONE-                                                                                        $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                                         ☐ Not provided for   OR   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

Arbors of Hickory Ridge

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $40,091.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| Contract | Assumes | | Rejects |
|---|---|---|---|
| Acceptance Now | ☐ Assumes | OR | ☑ Rejects. |
| American Car Center | ☑ Assumes | OR | ☐ Rejects. |
| Highland Hills Apartments | ☑ Assumes | OR | ☐ Rejects. |

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
**ADVANCE AMERICA: Collateral (2005 Ford Expedition) is being surrendered in full satisfaction of debt, any claim filed shall be disallowed.**

**BANK OF HOLLY SPRINGS: Debtor's interest in collateral (2005 Chevrolet Avalanche) is being surrendered in full satisfaction of debt, any claim filed shall be disallowed (Codebtor will continue paying OUTSIDE of this plan).**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Arthur Ray                                                          Date  March 18, 2019                       .
**Arthur Ray 5173**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**